GARY M. RESTAINO
United States Attorney
District of Arizona
TODD M. ALLISON
Assistant United States Attorney
Arizona State Bar No. 026936
WILLIAM G. VOIT
Assistant United States Attorney
Arizona State Bar No. 025808
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Email: Todd.Allison@usdoj.gov
Email: William.Voit@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
United States Department of Justice
National Security Division
CHRISTOPHER M. RIGALI
District of Columbia Bar No. 1034475
Trial Attorney
950 Pennsylvania NW
Washington, DC 20530
Telephone: 202-616-2652
Email: Christopher.Rigali2@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br>v.<br><br>1. Oleg Sergeyevich Patsulya, and<br><br>2. Vasilii Sergeyevich Besedin aka Vasiliy Besedin,<br><br>Defendants. | CR-23-00770-PHX-DWL(MTM)<br><br>**UNITED STATES' FIRST BILL OF PARTICULARS** |

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States of America submits this notice to identify and include certain property the United States seeks to forfeit and include in the forfeiture allegations contained in the Indictment, Doc. 7.

///

///

///

Property Sought for Forfeiture:

1. Five aircraft brake assemblies manufactured by B.F. Goodrich, part number 2-1740-1, bearing serial numbers:
   a. 6003;
   b. 2604;
   c. 2805;
   d. D0974; and
   e. 3988;
2. One pair of Brioni sunglasses in a brown case;
3. One pair of Jimmy Choo sunglasses in a silver case;
4. One gold-colored chain in a Saks Fifth Avenue box;
5. One pair of silver-colored cufflinks with diamonds;
6. One black-and-grey-colored Louis Vuitton bag bearing serial number MB2068;
7. One grey-and-black-checkered Louis Vuitton bag with no serial number;
8. One generator, manufactured by Seattle Aviation, part number 117042-04 and Export Control Classification Number (ECCN) 9A991;
9. Ten Cartridge Fire Bottle Squib cartridge assemblies, part number 2-102520-2, bearing the following identifying information:
   a. Lot ESD 2-274, serial number 1396BE;
   b. Lot ESD 2-272, serial number 1811BC;
   c. Lot ESD 2-272, serial number 1805BC;
   d. Lot ESD 2-274, serial number 1416BE;
   e. Lot ESD 2-274, serial number 0383BE;
   f. Lot ESD 2-292, serial number 1596CH;
   g. Lot ESD 2-292, serial number 1714CH;

h. Lot ESD 2-299, serial number 0851DA;

i. Lot ESD 2-299, serial number 0858DA; and

j. Lot ESD 2-299, serial number 0247DA;

10. 60 EF-1 Power Units, manufactured by Astronics DME, part number p4-01-0021 and control number 464181-3;

11. 40 EF-1 Power Units, manufactured by Astronics DME, part number p4-01-0021 and control number 464182-3;

12. Two clamps, manufactured by Kirkhill-TA CO/Esterline, part number M85449/3-14 and lot number J000006448;

13. One T-divider assembly, manufactured by Zodiac Galleys Europe SRO, part number 211505-811;

14. One Scott-Avox PBE smoke hood, part number 802300-14, and bearing serial number E17010660;

15. Eight aircraft stays, manufacturer unknown, part number D2557102400000 and control number 8150-1;

16. One X-Ray Cathode, Model W, manufactured by Rigaku Corporation, bearing serial number ED15941;

17. One SILI seal, manufactured by Boeing Corporation, part number 185A1621-113;

18. Six ball ends, manufactured by Yabora Industria Aeronautica, S.A., part number V40-301;

19. Six cup washers, part number 201383687;

20. Four retainers, part number MS28774-110;

21. Three pitot tubes, manufactured by Rosemont Aerospace, Inc., part number 0851HT-1, and bearing serial numbers:

a. 228916;

b. 271257; and

c. 280854;

22. One flap position sensor, manufactured by Allied Signal, Inc., part number 18-1738-10, bearing serial number 0982A;

23. Two variable stator actuators, manufactured by Arkwind Industries, part number 1211313-010, and bearing serial numbers WT971 and WT995;

24. 50 screws, manufactured by Boeing, part number BACS12FA3K10 and control number: 20205-3;

25. Two receptacles, part number E0322R18-31SN;

26. Three underwater acoustic beacons, manufactured by Dukane Seacon, part number DKT 120-90, bearing serial numbers:

a. AT189083;

b. AT 189121; and

c. AT 189123;

27. Ten incandescent sealed beam lamps, manufactured by GE, part number GE4559;

28. Five Jack Shielded assemblies, part number 2J1865A=E9, with the following identifiers:

a. Three with batch number 7365965772 and HU number 100019063200; and

b. Two with batch number 7365937631 and HU number 100019063734;

29. 30 filter elements, manufactured by Aeropower Corp., part number AC9780F15Y6 and ECCN 9A991;

30. One PCB motor driver, manufactured by Lam Auto Etch, part number 181333206641;

31. Six cartridge assemblies, manufactured by Pacific Scientific, part number 30903886, bearing serial numbers:
    a. 0336BL;
    b. 0972VF;
    c. 0956VF;
    d. 0972VF;
    e. 0973VF and
    f. 0974VF;
32. One oxygen generator, manufactured by B/E Aerospace Inc., part number 117042-04;
33. Two fire suppression cartridges manufactured by Danaher Corporation, part number 30903913, bearing serial numbers:
    a. 0711CD; and
    b. 2534CA
34. 11 fire suppression cartridges, part number 30900000M, bearing serial numbers:
    a. 1596CH;
    b. 1714CH;
    c. 0858DA;
    d. 1396BE;
    e. 1805BC;
    f. 1416BE;
    g. 1896BC;
    h. 1767BC;
    i. 1796BC;
    j. 1856BC; and

k. 1799BC;

35. One Elektro Metall Pitch Trim Actuator, 28 VOC, part number 129-1-1100-02, bearing serial number 1580 and DMF 0415;
36. Six hose ducts, manufactured by Boeing, with identifiers BOE218806009805, 16632 FlexFAB, and AS1691-03-0242A;
37. 39 filters, manufactured by Satair USA, Inc., part number 3.98-84, with the following batch numbers:
    a. Six with batch number 1001814203;
    b. Two with batch number 1001801099;
    c. Two with batch number 10018015240;
    d. Seven with batch number 1001815514;
    e. Four with batch number 1001930500; and
    f. 18 with batch number 1001815296;
38. 142 APU igniter gaskets, part number M-677, ECCN 9A991;
39. One material nut plate, manufactured by Bombardier Aerospace, part number MS21047-3;
40. 70 steel bolts, manufactured by MAC Fasteners, Inc., part number NAS1790-3R5 and ECCN EAR99;
41. 120 steel bolts, manufactured by MAC Fasteners, Inc., part number NAS1790-3R6, control number 2014G30420;
42. One Boeing duct assembly, part number 65B41247-99;
43. One seal trim, part number 416W4095-51A,
44. Two bolts, part number BACB30NR4K19
45. 23 pins, part number 47000285;
46. 125 Hi-Lok rivet pins, part number HL10VF5-3 and ECCN 9A991.d;

47. One Boeing fireseal assembly, part number 315W1316-47;

48. Seven bolts, manufactured by CBS Fasteners Inc., part number NAS1992CUT; and

49. Ten rivets, manufactured by ALCOA, NAS part number 1919M05504AU and CID number 890102682078.

Respectfully submitted this 22nd day of November 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

MATTHEW G. OLSEN
Assistant Attorney General
United States Department of Justice
National Security Division

TODD M. ALLISON
WILLIAM G. VOIT
Assistant United States Attorneys

CHRISTOPHER M. RIGALI
Trial Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joshua S. R. Kolsrud
Josh@KolsrudLawOffices.com
*Attorney for Defendant Oleg Sergeyevich Patsulya*

Kevin Lee Burns
kevin.burns@bntazlaw.com
*Attorney for Defendant Vasilii Sergeyevich Besedin*

By: ______________________
Todd M. Allison
U.S. Attorney's Office