GARY M. RESTAINO
United States Attorney
District of Arizona
TODD M. ALLISON
Assistant United States Attorney
Arizona State Bar No. 026936
WILLIAM G. VOIT
Assistant United States Attorney
Arizona State Bar No. 025808
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Email: Todd.Allison@usdoj.gov
Email: William.Voit@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
United States Department of Justice
National Security Division
CHRISTOPHER M. RIGALI
District of Columbia Bar No. 1034475
Trial Attorney
950 Pennsylvania NW
Washington, DC 20530
Telephone: 202-616-2652
Email: Christopher.Rigali2@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br>v.<br><br>1. Oleg Sergeyevich Patsulya, and,<br><br>2. Vasilii Sergeyevich Besedin aka Vasiliy Besedin,<br><br>Defendants. | CR-23-00770-PHX-DWL (MTM)<br><br>**UNITED STATES' SECOND BILL OF PARTICULARS** |

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States of America submits this notice to identify and include certain property the United States seeks to forfeit and include in the forfeiture allegations contained in the Indictment, Doc. 7.

///

///

///

Property Sought for Forfeiture:

50. 1 Battery Kit, Bat 300, Serial Number ("SN") TM0000256867, Part Number ("PN") S1819516-99;

51. 1 Battery Kit, Bat 500, SN: TM0000256873, PN: S18195116-99;

52. 1 Battery Kit, Bat 300, SN: TM0000276194, PN: S1820516-99;

53. 2 containers of Aeroflex Finish G12E25 Aluminum, SN: 221332013, Specification: AIMS 04-04-017;

54. 2 AMS 3276 REV G CL B-1/2 Sealing Compound, SN: 55527320, PN: 1750B1/2AM012PT;

55. 1 Fluid Resistant Epoxy Primer 10P4-2NF, A, SN: 8472145057;

56. 1 Fluid Resistant Epoxy Primer EC-117S Curing Solution, B, SN: 8472278080;

57. 10 Lock Nuts, SN: 123534, PN: MS14145L20;

58. 27 Plastic Aircraft Parts, PN: 854745-409K;

59. 2 AGT Ring Seal Assemblies, SN: H-214, PN: 744OMT-972-4780;

60. 1 Smoke Hood P.B.E, SN: E17010660, PN: 802300-14, Control Number 347298;

61. 1 Oxygen Generator, PN: 117042-04;

62. 1 Jack;

63. 1 A/C Hydraulic A/S, SN: 474684, Type: WTA500;

64. Power Units, Model 213 (Outline), 7 packs of 6 each, SN: W283303, PN: P4-01-0021, manufactured by Astronics DME, Control Number: 464182-3;

65. Power Units, Model 213 (Outline), 10 box of 6 each, SN: W283302, PN: P4-01-0021 manufactured by Astronics DME, Control number: 464182-3;

66. 7 Single Step Primers, SN: 1701126 Lot number: 8681 3M;

67. 1 Proponent Cartridge, Lot number: ESD2-281, PN: 2-102770-1, manufactured by Meggitt Safety Systems;

68. 1 Cartridge SN: 0972VF, Lot number: ESD2-216, PN: 2-102770-1 manufactured by Meggitt Safety Systems;

69. 1-2577 glass bottle (453 gr), Clear Conformal Coating, Lot number: H052M82011;

70. 2 Low Viscosity Wet Epoxy Adhesive, manufactured by Loctite, Lot number: JH3CAH4875;

71. 1 Aradur Hardener, SN: 24260, PN: CGM357;

72. 1 R-Divider ASSY, PN: 211505-811, Control number: 39457-1; and

73. 2 Battery Pack Servicing Kits, SN: 23.06/F, PN: 98N9091.

Respectfully submitted this 3rd day of January, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

MATTHEW G. OLSEN
Assistant Attorney General
United States Department of Justice
National Security Division

TODD M. ALLISON
WILLIAM G. VOIT
Assistant United States Attorneys

CHRISTOPHER M. RIGALI
Trial Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joshua S. R. Kolsrud
Josh@KolsrudLawOffices.com
*Attorney for Defendant Oleg Sergeyevich Patsulya*

Kevin Lee Burns
kevin.burns@bntazlaw.com
*Attorney for Defendant Vasilii Sergeyevich Besedin*

By: ______________________________
Todd M. Allison
U.S. Attorney's Office